Anthony C. Varbero, Esq.
**Quintairos, Prieto, Wood & Boyer, P.A.**
233 Broadway, Suite 2120,
New York, New York 10279
Tel: (212) 226-4026
Email: Anthony.Varbero@qpwblaw.com
*Attorney for Petitioner*

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

In Re: DMCA Subpoena to Cloudflare, Inc.             Case No.:

**Francesco Scarso's Request to the Clerk for Issuance of Subpoena to Cloudflare, Inc., Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringers**

---------------------------------------------------------------------------X

Petitioner, Francesco Scarso ("Scarso") through his undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Cloudflare, Inc. ("Cloudflare") to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as **Exhibit A**.

The DMCA Subpoena is directed to Cloudflare, the service provider through which the infringing website, FrankScarso.com, is hosted and made available to the public. The infringing party has posted and is displaying copyrighted photographs of Francesco Scarso at the following URL: https://frankscarso.com/wp-content/uploads/2025/06/frankscarso-1.webp

This content infringes copyrights held by Francesco Scarso. (See Declaration of Anthony Varbero, Esq., **Exhibit B**).

Francesco Scarso has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) Scarso has submitted copies of notifications pursuant to 17 U.S.C. § 512(c)(3)(A) as **Exhibit 1** to the Declaration of Anthony Varbero, Esq.

(2) Scarso has submitted the proposed DMCA Subpoena attached hereto as **Exhibit A**; and

(3) Scarso, through his counsel of record, has submitted a sword declaration confirming that the purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Scarso's rights under Title 17 U.S.C. § 512(h)(2). *See* **Exhibit B**, Declaration of Anthony Varbero, Esq. ¶ 4.

Having complied with the statutory requirements, Scarso respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated this ___9/23/2025___ .
New York, New York

/s/ *Anthony Varbero*
Anthony C. Varbero, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
233 Broadway, Suite 2120,
New York, New York 10279
(212) 226-4026