# Exhibit 1

Case 1:25-mc-00419-ALC   Document 1-4   Filed 09/23/25   Page 1 of 4



QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
233 BROADWAY, SUITE 2120
NEW YORK, NY 10279
P: (212) 226-4026 • F: (212) 226-4027

September 8, 2025

**SENT VIA EMAIL**
Cloudflare, Inc.
Attn: DMCA Agent
101 Townsend Street
San Francisco, CA 94107
dmca@cloudflare.com

      **Re:  DMCA Takedown Notice – Infringing Use of Copyrighted Photograph on frankscarso.com**

Dear DMCA Agent,

    Our firm represents Francesco Scarso ("Client"), the copyright owner of a photograph currently appearing on https://frankscarso.com/. The photograph was taken in a private setting of individual Francesco Scarso and is being displayed without authorization.[1] This notice is provided pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512.

    The infringing material appears on the website located at: https://frankscarso.com/, hosted on Cloudflare's network (IP: 104.21.96.1, AS13335). The specific infringing photograph is displayed without authorization at:
https://frankscarso.com/wp-content/uploads/2025/06/frankscarso-1.webp

    This unauthorized use constitutes copyright infringement under the U.S. Copyright Act, 17 U.S.C. § 501, and violates my Client's exclusive rights under 17 U.S.C. § 106. In addition, the website violates the Anti-cybersquatting Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d), as well as state-law claims including invasion of privacy, defamation, and tortious interference with business relationships.

    Pursuant to the Digital Millennium Copyright Act (17 U.S.C. § 512), we demand that Cloudflare expeditiously disable access to, and remove, this website from its network. Furthermore, we request that Cloudflare provide the full identifying information of the individual(s) responsible for creating, posting, or controlling this website, including the name, contact information, and any associated account or registration details. This information is necessary to enforce my Client's rights and pursue all available claims.

---

[1]    The photograph is on display as of the date of this letter.



Page **2** of **2**
Re:     DMCA Takedown Notice

    I have a good faith belief that the use of the copyrighted material is not authorized by the copyright owner, its agent, or the law. I further declare under penalty of perjury that the information in this notice is accurate, and that I am authorized to act on behalf of the copyright owner.

    Please confirm in writing that Cloudflare has taken immediate action to disable or remove access to the infringing material and provide the requesting identifying information. If you require additional documentation, I will provide it promptly.

    Sincerely,

*/s/ Anthony C. Varbero*
Anthony C. Varbero, Esq.
Managing Partner
Chair Securities Litigation and Regulation
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
233 Broadway, Suite 2120
New York, New York 10279
O: (212) 226-4026
M: (954) 994-7244
E: anthony.varbero@qpwblaw.com

# Kimberly Javier

| | |
|---|---|
| **From:** | Kimberly Javier |
| **Sent:** | Monday, September 8, 2025 1:24 PM |
| **To:** | 'dmca@cloudflare.com' |
| **Cc:** | Anthony C. Varbero |
| **Subject:** | Cloudflare - DMCA Takedown Notice – Infringing Use of Copyrighted Photograph on frankscarso.com |
| **Attachments:** | 2025.09.08 - Cloudflare - DMCA Takedown Notice.pdf |
| **Importance:** | High |

Hello,

Please see attached formal correspondence from Anthony C. Varbero, Esq. dated September 8, 2025.

We ask that you confirm in writing that Cloudflare has taken immediate action to disable or remove access to the infringing material and provide the requesting identifying information. If you require additional documentation, I will provide it promptly.

Sincerely,
Kimberly Javier *on behalf of*

**Anthony C. Varbero, Esq.**
Managing Partner
Chair Securities Litigation and Regulation
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.



**Kimberly Javier | Law Clerk**
**Quintairos, Prieto, Wood & Boyer, P.A.**
233 Broadway, Suite 2120, New York, New York 10279
Ph: (212) 226-4026  Fax: (212) 226-4027
Email: kimberly.javier@qpwblaw.com
**qpwblaw.com**

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Utah ◆ Was

**QPWB is committed to providing the best client experience possible.**
Please **contact client support** with any issues or questions regarding your service.