# Exhibit B

Anthony C. Varbero, Esq.
**Quintairos, Prieto, Wood & Boyer, P.A.**
233 Broadway, Suite 2120,
New York, New York 10279
Tel: (212) 226-4026
Email: Anthony.Varbero@qpwblaw.com
*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

In Re: DMCA Subpoena to Cloudflare, Inc.                    Case No.:

**Declaration of Anthony
Varbero in Support of
Francesco Scarso's Request to
the Clerk for Issuance of
Subpoena to Cloudflare, Inc.,
Pursuant to 17 U.S.C. § 512(h)
to Identify Alleged Infringers**

-------------------------------------------------------------------------X

I, Anthony C. Varbero, counsel of record for Petitioner, Francesco Scarso ("Scarso"), in the above-referenced matter, hereby declares as follows:

1. I am authorized to act on behalf of Francesco Scarso.

2. I submit this declaration in support of Francesco Scarso's request for issuance of a subpoena to Cloudflare, Inc. ("Cloudflare"), pursuant to Digital millennium Copyright Act (DMCA) 17 U.S.C. § 512(h) ("DMCA Subpoena") to identify infringers responsible for creating, posting, or controlling the website https://frankscarso.com/.

3. Pursuant to 17 U.S.C. § 512(c)(3)(A), Scarso submitted notice of infringement to Cloudflare identifying the infringing content posted on the aforementioned website and provided the information required by 17 U.S.C. § 512(c)(3)(A). A true and accurate copy of the notice is attached hereto as **Exhibit 1**.

4.  The purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer and such information will only be used for the purpose of protecting Scarso's rights under title 17  U.S.C. §§ 100, *et. seq.*

I affirm this  23rd  day of   September          , 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated this  9/23/2025         .
New York, New York

*/s/ Anthony Varbero*

Anthony C. Varbero, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
233 Broadway, Suite 2120,
New York, New York 10279
(212) 226-4026