USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/7/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE DMCA SUBPOENA TO CLOUDFARE, INC.

25-mc-419

<u>ORDER GRANTING REQUEST
TO ISSUE SUBPOENA</u>

---

**ANDREW L. CARTER, JR., United States District Judge:**

This matter comes before the Court upon the *ex parte* application of Petitioner Francesco Scarso along with the Declaration of Anthony C. Varbero, Esq. and supporting documents for the signing of a Subpoena directing Cloudfare, Inc. to produce the identity of the individual or entity believed to be infringing on the copyright of Francesco Scarso.

Having considered the Declaration and all documents submitted in support of the application, the Court finds good reason to direct the clerk to issue said subpoena and it is therefore:

ORDERED that the Clerk of this Court shall issue the Subpoena for Cloudfare, Inc. as sought by the Petitioner.

**SO ORDERED.**

Date:  October 7, 2025  
New York, NY

*[signature: Andrew T Carter]*

**ANDREW L. CARTER, JR.**
**United States District Judge**