AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    **1:25-mc-00419-ALC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    **Cloudflare, Inc.**
on    **10/16/2025:**

[X] I served the subpoena by delivering a copy to the named person as follows: **Susan Feldman- Director Of Global Workplace**, who is designated by law to accept service of process on behalf of **Cloudflare, Inc.** at **1 World Trade Ctr 88th Floor, New York, NY 10007** on **10/17/2025 at 1:08 PM**

**I delivered the documents, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, to Susan Feldman- Director Of Global Workplace who identified themselves as the corporate officer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:    10/17/2025

_____
*Server's signature*

**Michael Whyte**
*Printed name and title*

**392 Roberts Avenue**
**Apt. 1**
**Yonkers, NY 10701**
_____
*Server's address*

Additional information regarding attempted service, etc:





Tracking #: **0191212258**