AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.     **1:25-mc-00419-ALC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for   **Cloudflare, Inc.** on **10/15/2025:**

[X]  I served the subpoena by delivering a copy to the named person as follows: **Jackson Young**, who is designated by law to accept service of process on behalf of **Cloudflare, Inc.** at **720 14th St, Sacramento, CA 95814** on **10/16/2025 at 9:52 AM**

**I delivered the documents, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, to Jackson Young who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**; or

[ ]  I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  10/16/2025

_____
*Server's signature*

**Mike Singh**
*Printed name and title*

**9523 Setina ln
SACRAMENTO, CA 95827**

_____
*Server's address*

Additional information regarding attempted service, etc:



Tracking #: **0191025713**
