Anthony C. Varbero, Esq.
**Quintairos, Prieto, Wood & Boyer, P.A.**
233 Broadway, Suite 2120,
New York, New York 10279
Tel: (212) 226-4026
Email: Anthony.Varbero@qpwblaw.com
*Attorney for Petitioner*

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

In Re: DMCA Subpoena to Cloudflare, Inc.                Case No.: 1:25-mc-00419-ALC

**MEMORANDUM OF LAW IN SUPPORT OF PETITIONER'S MOTION TO COMPEL CLOUDFLARE, INC. COMPLIANCE WITH SUBPOENA**

---------------------------------------------------------------------------X

Petitioner, Francesco Scarso, by and through his counsel, Anthony C. Varbero, Esq. of

Quintairos, Prieto, Wood & Boyer, P.A. moves to compel Cloudflare, Inc. ("Respondent" or

"Cloudflare") with a subpoena issued by United States District Judge Andrew L. Carter, Jr., and

for such other appropriate relief as the Court deems just and proper.

### Factual Background:

This Court issued an Order Granting Request to Issue a Subpoena on October 7, 2025 by

United States District Judge Andrew L. Carter, Jr. directed to Cloudflare, Inc. [ECF 7] The

subpoena directed Cloudflare, Inc. to produce the identity of the individual or entity believed to

be infringing on the copyright of Francesco Scarso. The Court issued this Order having

considered the Declaration of Anthony C. Varbero, Esq. and all documents submitted in support of the application.

On October 17, 2025, service of the subpoena was effectuated at Cloudflare's New York office located at 1 World Trade Center, 88th Floor, New York, NY 10007, by delivering it to Susan Feldman, Director of Global Workplace, who accepted service of process on behalf of Cloudflare, Inc. [ECF 10]Undersigned took further efforts to ensure Cloudflare was aware of the subject subpoena by additionally serving Cloudflare's registered agent in California wherein Jackson Young accepted service of process at 720 14th St. Sacramento, CA 95814 on October 16, 2025. [ECF 9]

Cloudflare has not served objections, responses, or produced documents by the return date November 10, 2025, nor has it sought an extension.

On November 10, 2025, undersigned sent a meet-and-confer letter to Cloudflare, Inc.'s legal department addressing the outstanding subpoena and offering reasonable accommodations to facilitate compliance. Cloudflare did not respond thereafter.

**<u>Legal Standard</u>**

Federal Rule of Civil Procedure 45 governs subpoenas to nonparties. Pursuant to FRCP 45(g) the Court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Fed. R. Civ. P. 45(g). The Court has broad authority to enforce compliance, including ordering production by a date certain and awarding other appropriate relief.

Cloudflare is obligated to comply, having been served properly through Susan Feldman, Director of Global Workplace, who accepted service of process on Cloudflare's behalf at its New York office on October 17, 2025. The subpoena is therefore enforceable. Cloudflare has neither moved to quash nor served timely objections. Its failure to respond or produce is unjustified.

## Argument

Cloudflare's complete noncompliance, despite proper service and a good-faith meet-and-confer effort on November 10, 2025, warrants an order compelling full compliance by a date certain. The requested materials are relevant and proportional to the needs of the case, and Cloudflare has articulated no burden or privilege objections.

Appropriate relief is warranted to ensure prompt production. Given Cloudflare's failure to respond and the resulting delay, the Court should compel immediate compliance and grant other appropriate relief. If Cloudflare continues to disregard its obligations, the Court should consider sanctions under Rule 45(g) and the Court's inherent authority.

## Prayer for Relief

Petitioner respectfully requests that the Court enter an order:

1. Compelling Cloudflare, Inc. to produce all documents, data, and information responsive to the subpoena issued by United States District Judge Andrew L. Carter, Jr. by February 16, 2026, and to certify completion of production.

/ / /

/ / /

2.  Awarding such other appropriate relief as the Court deems just and proper, including,

    if noncompliance continues, the issuance of an order to show cause why Cloudflare

    should not be held in contempt under Fed. R. Civ. P. 45(g).

Dated this: <u>January 15, 2026.</u>
New York, New York

*/s/ Anthony C. Varbero*
Anthony C. Varbero, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
233 Broadway, Suite 2120,
New York, New York 10279
(212) 226-4026
