

**Quintairos, Prieto, Wood & Boyer P.A.**
233 Broadway, Suite 2120
New York, New York 10279
**Phone** - (212) 226-4026
**Fax** - (212) 226-4027

qpwblaw.com

March 5, 2026

**VIA ECF**
Hon. Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom: 444

      RE:    IN RE DMCA SUBPOENA TO CLOUDFLARE, INC.
                25-MC-419
                Petitioner's request for a Motion to Compel Decision

Dear Judge Carter:

      As you are aware, our offices represent the Petitioner, Francesco Scarso ("Petitioner") in the above referenced matter. We respectfully write regarding Petitioner's Motion to Compel compliance with a duly issued DMCA subpoena served upon Cloudflare, Inc. ("Respondent").

      On January 2, 2026, Your Honor granted Petitioner's request for leave to file a motion to compel by January 16, 2026. Respondent's responses were due by January 23, 2026 and Replies to the same were due by January 30, 2026.

      Petitioner duly filed his Motion to Compel on January 15, 2026. To date, Respondent has not filed any opposition, response, or request for extension. Additionally, Petitioner has received no communication from Respondent explaining its noncompliance.

      Given the absence of any response from Respondent and the continued delay in enforcement of the subpoena, Petitioner respectfully requests that the Court either:

1. Rule on the Motion to Compel on the papers and order immediate compliance; or
2. Schedule a hearing at the Court's earliest convenience to address Respondent's failure to comply with the Court-authorized subpoena.

      Petitioner remains ready to provide any additional information the Court may require.

      We thank the Court for its attention to this matter.

Very truly yours,

QUINTAIROS PRIETO WOOD & BOYER

*Kimberly Javier*

Kimberly Javier, Esq.

CC: Cloudflare via email and U.S. mail

It's all about **DIFFERENT**® at QPWB, a **National Litigation Law Firm** admitted in nearly all US States and Territories with offices in:

Alabama • Arizona • California • Colorado • Connecticut • Florida • Georgia • Idaho • Illinois • Indiana • Kentucky • Louisiana
Massachusetts • Maryland • Michigan • Missouri • Nevada • New Jersey • New Mexico • New York • North Carolina • Ohio
Pennsylvania • Rhode Island • Tennessee • Texas • The US Virgin Islands • Utah • Washington • West Virginia