UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
                                                           :
                                                           :
In re: DMCA  Subpoena to Cloudfare, Inc.     :     25-mc-419 (ALC)
                                                           :
                                                           :     **ORDER TO SHOW CAUSE**
                                                           :
                                                           :
                                                           :
                                                           :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 2, 2026, the Court set a briefing schedule for Petitioner's Motion to Compel Cloudfare, Inc.'s Compliance with a Subpoena. ECF No. 12. On January 15, 2026, Petitioner filed their Motion. ECF No. 13. Respondent did not a file an opposition on January 23, 2026 or request an extension. On March 5, 2026, Petitioner filed a letter with the Court requesting a decision on its motion given Respondent's failure to oppose. ECF No. 15.

Respondent is hereby ORDERED TO SHOW CAUSE why the Court should not decide the motion based solely off Petitioner's papers. Such showing shall be made in writing and filed **on or before March 12, 2026.** Any reply by Plaintiffs will be due **on or before March 17, 2026.**

SERVICE of a copy of this Order to Show Cause upon Defendant, via e-mail, on or before **March 9, 2026,** shall be deemed good and sufficient.   Plaintiffs may file PROOF OF SUCH SERVICE in the Clerk's office before the return date of this Order to Show Cause.

**SO ORDERED.**

**Dated:**  March 5, 2026                              _____

   New York, New York                              **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**