Kimberly Javier, Esq.
**Quintairos, Prieto, Wood & Boyer, P.A.**
233 Broadway, Suite 2120,
New York, New York 10279
Tel: (212) 226-4026
Email: Kimberly.Javier@qpwblaw.com
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

In Re: DMCA Subpoena to Cloudflare, Inc.         Case No.: 1:25-mc-00419-ALC

**CERTIFICATE OF SERVICE**

----------------------------------------------------------------------X

     I HEREBY CERTIFY that on March 5, 2026 a true and correct copy of the **Order to Show Cause** was served by email to Cloudflare, Inc. at abusereply@cloudflare.com and dmca@cloudflare.com.

     I affirm this 15th day of January, 2026, under the penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

     Dated this March 5, 2026.

     New York, New York

                                                  */s/ Kimberly Javier*

                                                 **KIMBERLY JAVIER, ESQ.**