

**QUINTAIROS, PRIETO, WOOD & BOYER P.A.**

**Quintairos, Prieto, Wood & Boyer P.A.**
233 Broadway, Suite 2120
New York, New York 10279
**Phone** - (212) 226-4026
**Fax** - (212) 226-4027

qpwblaw.com

March 18, 2026

**VIA ECF**
Hon. Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom: 444

> RE:  IN RE DMCA SUBPOENA TO CLOUDFLARE, INC.
>         25-MC-419
>         Petitioner's Pending Motion Now Moot

Dear Judge Carter:

As you are aware, our offices represent the Petitioner, Francesco Scarso ("Petitioner") in the above referenced matter. We respectfully write regarding the Court's Order to Show Cause regarding Petitioner's Motion to Compel compliance with a duly issued DMCA subpoena served upon Cloudflare, Inc. ("Respondent").

Respondent has contacted us and provided responsive documents pursuant to the subpoena issued by this Court on October 8, 2025.

In light of Cloudflare's compliance with the subpoena, Petitioner advises that the pending motion is now moot. Respondent has produced the requested documents, and accordingly, there is no longer a need for the Court to determine whether the motion should be decided solely on Petitioner's papers, as contemplated by the Order to Show Cause issued by this Court.

Given the foregoing, Petitioner respectfully requests that the Court deem the Order to Show Cause and the underlying motion moot, and take whatever further action the Court deems appropriate.

Petitioner further requests that the Court not terminate the miscellaneous matter, as Petitioner plans on requesting additional DMCA subpoenas as a result of Cloudflare's production.

We thank the Court for its attention to this matter and remain available should the Court require any additional information.

Respectfully Submitted,
QUINTAIROS PRIETO WOOD & BOYER

Kimberly Javier, Esq.

CC: Cloudflare via email abusereply@cloudflare.com; dmca@cloudflare.com; avollmer@cloudflare.com

It's all about **DIFFERENT**® at QPWB, a **National Litigation Law Firm** admitted in nearly all US States and Territories with offices in:

**Alabama • Arizona • California • Colorado • Connecticut • Florida • Georgia • Idaho • Illinois • Indiana • Kentucky • Louisiana
Massachusetts • Maryland • Michigan • Missouri • Nevada • New Jersey • New Mexico • New York • North Carolina • Ohio
Pennsylvania • Rhode Island • Tennessee • Texas • The US Virgin Islands • Utah • Washington • West Virginia**