UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
                                                           :
                                                           :
In re: DMCA  Subpoena to Cloudfare, Inc.    :        25-mc-419 (ALC)
                                                           :
                                                           :        **ORDER**
                                                           :
                                                           :
                                                           :
                                                           :
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's March 18, 2026 letter, which states that Respondent

has complied with the subpoena by producing the requested documents. ECF No. 19. Therefore,

the January 15, 2026 motion to compel and March 5, 2026 order to show cause are now moot.

ECF Nos. 13, 17. Accordingly, Petitioner's January 15, 2026 motion is denied as moot. The

Clerk of Court is respectfully requested to terminate ECF No. 13.

The Parties are ordered to file a joint status report by April 22, 2026.

**SO ORDERED.**

**Dated:**   March 19, 2026

        New York, New York                              _____

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**