

**Quintairos, Prieto, Wood & Boyer P.A.**
233 Broadway, Suite 2120
New York, New York 10279
**Phone** - (212) 226-4026
**Fax** - (212) 226-4027

qpwblaw.com

April 21, 2026

**VIA ECF**
Hon. Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom: 444

> RE:    IN RE DMCA SUBPOENA TO CLOUFLARE, INC.
>        25-MC-419
>        Petitioner's request for a Pre-Motion Conference

Dear Judge Carter:

As you are aware, our offices represent the Petitioner, Francesco Scarso ("Petitioner") in the above referenced matter. Please allow this letter to serve as a request for an informal conference with the Court before our filing of a Motion to Compel pursuant to Local Civil Rule 37.2 and this Court's Individual Practices.

Petitioner wishes to move this Court to compel third-party Google, LLC. ("Google") to comply with the subpoena dated March 24, 2026 issued under Fed. R. Civ. P. 45(a)(3). Google was properly served via their Secretary of State on March 26, 2026, yet has failed to produce documents.

Petitioner and Google met and conferred on April 16, 2026 pursuant to Fed. R. Civ. P. 37(a)(1) to no avail. Google has neither produced any documents, nor moved to quash the subpoena. We ask the Court to compel compliance and grant appropriate relief to remedy the delay and ensure prompt production.

**Legal Standard**

Federal Rule of Civil Procedure 45 governs subpoenas to nonparties. Pursuant to FRCP 45(g) the Court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Fed. R. Civ. P. 45(g). The Court has broad authority to enforce compliance, including ordering production by a date certain and awarding other appropriate relief.

Google is obligated to comply or otherwise timely motion the Court to quash. Google having been served properly through Trisha Tarkett, authorized agent in the office of the Secretary of the State, accepted service of process on Google's behalf on March 26, 2026 with a

It's all about **DIFFERENT**® at QPWB, a **National Litigation Law Firm** admitted in nearly all US States and Territories with offices in:

**Alabama • Arizona • California • Colorado • Connecticut • Florida • Georgia • Idaho • Illinois • Indiana • Kentucky • Louisiana Massachusetts • Maryland • Michigan • Missouri • Nevada • New Jersey • New Mexico • New York • North Carolina • Ohio Pennsylvania • Rhode Island • Tennessee • Texas • The US Virgin Islands • Utah • Washington • West Virginia**

RE:    IN RE DMCA SUBPOENA TO CLOUFLARE, INC.
       25-MC-419

return date of April 20, 2026. As such, Google's failure to produce or otherwise move to quash is untimely and unjustified.

Google's failure to produce responsive warrants an Order compelling compliance. Google's complete noncompliance, despite proper service and a good-faith meet-and-confer effort on April 16, 2026, warrants an order compelling full compliance by a date certain. The requested materials are relevant and proportional to the needs of the case, and Google has articulated no burden or privilege objections.

As such, Petitioner requests that this Court allow Petitioner to file a Motion to Compel Google's Compliance with the Subpoena.

Very truly yours,

QUINTAIROS PRIETO WOOD & BOYER

Kimberly Javier

Kimberly Javier, Esq.

It's all about **DIFFERENT**® at QPWB, a **National Litigation Law Firm** admitted in nearly all US States and Territories with offices in:

**Alabama • Arizona • California • Colorado • Connecticut • Florida • Georgia • Idaho • Illinois • Indiana • Kentucky • Louisiana Massachusetts • Maryland • Michigan • Missouri • Nevada • New Jersey • New Mexico • New York • North Carolina • Ohio Pennsylvania • Rhode Island • Tennessee • Texas • The US Virgin Islands • Utah • Washington • West Virginia**