**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

In Re: DMCA Subpoena to Cloudflare, Inc.            Case No.: 1:25-mc-00419-ALC

                                                    **STATUS REPORT**


-------------------------------------------------------------------------X

**TO THE HONORABLE ANDREW L. CARTER, JR:**

Petitioner Francesco Scarso ("Petitioner") by and through his respective counsel, respectfully submit this Status Report pursuant to the Court's March 19, 2026 Order. Undersigned has conferred with non-party Cloudflare, which takes no position on and does not anticipate further involvement in the continued proceedings.

### I.    CASE BACKGROUND

Petitioner commenced this miscellaneous action for the limited purpose of obtaining identifying information concerning the owner and/or operator of the website https://frankscarso.com/, which Petitioner alleges hosted material infringing on Petitioner's intellectual property rights.

In furtherance of that objective, Petitioner obtained and served a subpoena under 17 U.S.C. § 512(h) on third-party Cloudflare, Inc. Cloudflare has complied with the subpoena and produced responsive information. However, the information produced was insufficient to unmask the individual or entity responsible for operating the infringing website.

### II.    CURRENT STATUS OF SUBPOENAS

Because Cloudflare's production did not reveal the identity of the alleged infringer, Petitioner issued a Federal Rule of Civil Procedure 45(a)(3) subpoena to Google, LLC seeking additional identifying information related to the operation and hosting of the subject website.

The subpoena to Google was issued on March 24, 2026 pursuant to Federal Rule of Civil Procedure 45(a)(3) and was properly served on March 26, 2026 through Google's designated agent via the Secretary of State. To date, Google has not produced documents or otherwise moved to quash the subpoena.

As a result of Google's non-compliance, Petitioner has requested a Pre-Motion Conference to seek leave to move to compel Google's compliance with the subpoena.

### III.   ANTICIPATED NEXT STEPS

Petitioner intends to pursue a motion to compel third-party Google, LLC to comply with the duly issued subpoena, if this Court so allows it. Petitioner believes that Google's compliance is reasonably calculated to lead to the identification of the owner or operator of the infringing website.

Once that identifying information is obtained, Petitioner expects that no further proceedings in this miscellaneous action will be necessary and anticipates that the case can be voluntarily dismissed at that time.

### IV.   CONCLUSION

At present, no discovery disputes exist between Petitioner and Cloudflare, and Cloudflare has fulfilled its obligations under the DMCA subpoena. The sole outstanding issue concerns third-party Google's failure to respond to a properly served subpoena.

Petitioner respectfully submit this Status Report to apprise the Court of the current posture of the case and Petitioner's anticipated motion practice.

Dated: April 22, 2026.

Respectfully Submitted,

*/s/ Kimberly Javier*

Kimberly Javier, Esq.
233 Broadway, Suite 2120
New York, New York 10279
(212) 226-4026
Kimberly.Javier@qpwblaw.com
*Attorneys for Petitioner*