**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re: DMCA Subpoena to Cloudflare, Inc.

Case No. 1:25-mc-00419-ALC

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Non-Party Google LLC.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that she is a member in good standing of the bar of this Court.

Dated:  April 24, 2026
New York, New York

Respectfully submitted,

PERKINS COIE LLP

*/s/ Rachel S. Mechanic*
Rachel S. Mechanic
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Tel: +1.212.262.6900
Fax: +1.212.977.1649
RMechanic@perkinscoie.com

*Attorneys for Non-Party Google LLC*