**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE: DMCA SUBPOENA TO CLOUDFARE, INC.** | **1:25-mc-419 (ALC)**<br><br>**ORDER OF REFERENCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Katharine H. Parker for the following

purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute<br><br>Motion to compel subpoena to non-party Google LLC | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>_____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

**SO ORDERED. Dated:**

**April 27, 2026**
      **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**