**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: DMCA SUBPOENA TO CLOUDFLARE, INC.**

**25-mc-419 (ALC) (GS)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Proceedings initiated under 17 U.S.C. § 512(h) are limited scope actions where the "relief sought in the action is limited to the issuance of [the] subpoena." *In re Watch Tower Bible & Tract Soc'y of P.A.'s Request for Issuance of a Subpoena*, No. 18 Misc. 301 (DLC), 2018 WL 3187355, at *1 (S.D.N.Y. June 28, 2018); see also *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d. 868, 875 (N.D. Cal. 2022) (noting that a DMCA subpoena "is its own civil case," and "the sole issue presented" in such a case is "whether the subpoena should be enforced or not" (citation omitted)).

As the request for the issuance of a DMCA subpoena to Cloudflare was granted and Cloudflare has complied, the Clerk of Court is respectfully directed to terminate this action.

**SO ORDERED.**

**Dated:** November 17, 2026
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**